# CASE ANNOUNCEMENTS

*December 10, 2010*

[Cite as *12/10/2010 Case Announcements #2*, 2010-Ohio-6050.]

## MOTION AND PROCEDURAL RULINGS

2010–2042.   Parkview Fed. Sav. Bank v. Grimm.
Cuyahoga App. No. 93899, 2010-Ohio-5005. This cause is pending before the court as a discretionary appeal and claimed appeal of right. Upon consideration of appellant's motion for stay of the lower court order and foreclosure scheduled for December 13, 2010,
It is ordered by the court that the motion is denied.

# CASE ANNOUNCEMENTS

*December 13, 2010*

[Cite as *12/13/2010 Case Announcements*, 2010-Ohio-6051.]

## MISCELLANEOUS DISMISSALS

2010–0442.   Lowes Homes Ctrs., Inc. v. Wood Cty. Bd. of Revision.
Board of Tax Appeals, No. 2006–H–1136. This cause is pending before the court as an appeal from the Board of Tax Appeals. Upon consideration of appellant's application for dismissal,
   It is ordered by the court that the application for dismissal is granted. Accordingly, this cause is dismissed.